No. 6251.

CHARLES SCHMIDT vs. CITY OF NEW ORLEANS.

In January, 1876, the plaintiff took a rule on the city of New Orleans to reduce the assessment upon which a judgment had been obtained by the latter against the former, in June, 1875, for the taxes of that year. This is not the mode to revise, amend, or annul a judgment or to correct an assessment.

APPEAL from the Superior District Court, parish of Orleans. *Hawkins*, J. *H. H. Walsh*, for plaintiff and appellee. *Samuel P. Blanc*, for defendant and appellant.

HOWELL, J. In June, 1875, the city of New Orleans obtained judgment against the plaintiff for the taxes of that year, and in January, 1876, the latter took a rule on the former to reduce the assessment upon which the said judgment was based. The rule was made absolute, and the city appealed.

This is not the mode to revise, amend, or to annul a judgment or to correct an assessment.

It is therefore ordered that the judgment appealed from herein be reversed, and the rule taken by plaintiff be dismissed with costs.